**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| CAITLIN WALSH,<br><br>      Plaintiff,<br><br> vs.<br><br>Christy Sports, LLC,<br><br>      Defendant. | **Case No.  3:25-cv-50343** |

## STIPULATION TO DISMISS

The parties, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that plaintiff's claims in the above-titled action against defendant are hereby dismissed with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Dated: January 26, 2026

| | |
|---|---|
| /s/ Yaakov Saks | /s/Joshua Concannon |
| Yaakov Saks  (IL Bar #021132010) | Joshua Concannon |
| Stein Saks, PLLC | Dentons US LLP |
| One University Plaza, Suite 620 | 233 S Wacker Drive Suite 5900 |
| Hackensack, NJ 07601 | Chicago, Illinois 60606 |
| Phone:  (201) 282-6500 | Phone: (312) 876-8919 |
| ysaks@steinsakslegal.com | joshua.concannon@dentons.com |

*Attorneys for Plaintiff*         *Attorneys for Defendant*